# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

STACEY HANEY, INDIVIDUALLY AND
AS PARENT AND NATURAL GUARDIAN
OF HARLEY HANEY, A MINOR, AND
PAIGE HANEY, A MINOR, AND BETH
VOYLES, AND JOHN VOYLES,
HUSBAND AND WIFE, ASHLEY
VOYLES, INDIVIDUALLY,  LOREN
KISKADDEN, INDIVIDUALLY, GRACE
KISKADDEN, INDIVIDUALLY,

        Petitioners

        v.

RANGE RESOURCES-APPALACHIA,
LLC, AND TESTAMERICA
LABORATORIES, INC., ET AL.,

        Respondents

: No. 97 WM 2017

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of January, 2018, the Application for the Exercise of King's Bench Power or Extraordinary Jurisdiction is DENIED.